# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 01-00849-ABC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| | 18 U.S.C. § 3143(a) |
| ANTONIO MENDOZA-RENTERIA, | Allegations of Violations of |
| Defendant. | Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: December 14, 2007

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE